JUDGE CASTEL

08 CV 00213

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
BBC CHARTERING & LOGISTIC
 GmbH & CO. KG
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BBC CHARTERING & LOGISTIC GmbH & CO. : 
KG                                                                          :
                                                                                 :
                                           Plaintiff,             :    08 Civ.
                                                                                 :
                       -against-                                 :    **FRCP 7.1**
                                                                                 :
VINGO RESOURCES PTY LTD,                            :
                                                                                 :
                                           Defendant.         :
------------------------------------------------------------X

RECEIVED JAN 10 2008 U.S.D.C. S.D.N.Y.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, BBC Chartering &

Logistic GmbH & Co. KG has no publicly held parent corporation and no publicly traded

company owns 10% or more of its stock.

Dated:   New York, New York
            January 10, 2008

                                                            NOURSE & BOWLES, LLP
                                                            Attorneys for Plaintiff
                                                            BBC CHARTERING & LOGISTIC
                                                             GmbH & CO. KG

                                                            By:_____
                                                                Armand M. Paré, Jr. (AP8575)
                                                                One Exchange Plaza
                                                                At 55 Broadway
                                                                New York, New York 10006
                                                                (212) 952-6200