NOURSE & BOWLES, LLP
BBC CHARTERING & LOGISTIC
 GmbH & CO. KG
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BBC CHARTERING & LOGISTIC GmbH & CO. :
KG                                   :
                                     :   08 Civ. 0213(PKC)
                         Plaintiff,  :
                                     :   **AMENDED**
           - against -               :   **EX PARTE ORDER**
                                     :   **APPOINTING PERSONS**
VINGO RESOURCES PTY LTD, and         :   **TO SERVE PROCESS**
VINGO RESOURCES LTD,                 :
                                     :
                         Defendants. :
------------------------------------------------------------X

    Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Karlene Jackson, or any partner, associate or paralegal of Nourse & Bowles, LLP or licensed process server who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the affidavit of Armand M. Paré, Jr., that such appointment will result in substantial economies of time and expense,

    NOW, on motion of Nourse & Bowles, LLP, attorneys for Plaintiff, it is

    **ORDERED**, that Karlene Jackson, or any partner, associate or paralegal of Nourse & Bowles, LLP or licensed process server who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated: New York, New York
       February __, 2008

                                                _____
                                                    U.S.D.J.