NOURSE & BOWLES, LLP
Attorneys for Plaintiff
BBC CHARTERING & LOGISTIC
 GmbH & CO. KG
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BBC CHARTERING & LOGISTIC GmbH &          :
CO. KG,                                                       :
                                                              :
                    Plaintiff,                                :   08 Civ. 0213(PKC)
                                                              :
         - against -                                          :   **VOLUNTARY DISMISSAL**
                                                              :
VINGO RESOURCES PTY LTD and VINGO          :
RESOURCES LTD,                                                :
                                                              :
                    Defendants.                               :
------------------------------------------------------------X

   WHEREAS Plaintiff, BBC CHARTERING & LOGISTIC GmbH & CO. KG filed its complaint on or about January 10, 2008 seeking process of maritime attachment and garnishment;

   AND WHEREAS no answer or counterclaim has been filed;

   NOW pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses the action against Defendants, VINGO RESOURCES PTY LTD and VINGO RESOURCES LTD without prejudice and

without costs to either party as against the other and requests that the Order for

Maritime Attachment and Garnishment be vacated.

Dated:  New York, NY
        September 4, 2008

                                        NOURSE & BOWLES, LLP
                                        Attorneys for Plaintiff
                                        BBC CHARTERING &
                                            LOGISTIC GmbH & CO. KG

                            By:         _____
                                        Armand M. Paré, Jr. (AP 8575)
                                        One Exchange Plaza
                                        At 55 Broadway
                                        New York, NY  10006-3030
                                        (212) 952-6200

SO ORDERED:

_____
Hon. P. Kevin Castel
   U.S.D.J.
      9-4-08

2